**COMMONWEALTH of Pennsylvania,**
**Appellee**

v.

**Harold MURRAY IV, Appellant**

**No. 754 CAP**

Supreme Court of Pennsylvania.

August 31, 2017

Kevin R. Steele, Robert Martin Falin, Montgomery County District Attorney's Office, Norristown, PA, for Appellee.

Michael Wiseman, Law office of Michael Wiseman, Swarthmore, PA, for Appellant.

### ORDER

PER CURIAM

**AND NOW,** this 31st day of August, 2017, the Petition for Review of Interlocutory Orders is DENIED.

**MOUNT AIRY # 1, LLC**

v.

**PENNSYLVANIA DEPARTMENT OF REVENUE and Eileen McNulty, in her official capacity as Acting Secretary of the Pennsylvania Department of Revenue Petition of: City of Philadelphia**

**No. 83 EM 2017**

Supreme Court of Pennsylvania.

September 1, 2017

### ORDER

PER CURIAM

**AND NOW,** this 1st day of September, 2017, the Application to Intervene is DE-NIED, and the Application to Re-Open and Clarify is DISMISSED.

**Bruce RHYNE and Janice Rhyne**

v.

**EXXON MOBIL CORPORATION, The Savogran Company, Acuity Specialty Products Group Inc., Turtle Wax, Inc., Safety-Kleen Systems, Inc., Univar USA, Inc., Ashland Inc., CRC Industries Inc., Chevron U.S.A., Inc., Kano Laboratories, Inc., Chemtura Corporation, United States Steel Corporation, Radiator Specialty Company**

**Petition of: Hunt Refining Company**

**No. 143 EAL 2017**

Supreme Court of Pennsylvania.

September 5, 2017

### ORDER

PER CURIAM

**AND NOW,** this 5th day of September, 2017, the Petition for Allowance of Appeal and the Uncontested Application for Stay of Review filed by Petitioner Hunt Refining Company are **DENIED.**